UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY STUBSON, | CASE NO. 2:25-cv-00563-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| TRUEACCORD CORP. et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff Jeremy Stubson's notices of voluntary dismissal for both Defendants. Dkt. Nos. 8–9. Neither Defendant has filed an answer or a motion for summary judgment. Pursuant to Mr. Stubson's notices, this action is hereby DISMISSED with prejudice and without court-ordered costs or attorney's fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated this 8th day of September, 2025.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1